IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAUL MUNOZ,** | : | **Civil No. 4:20-cv-1380** |
| **Petitioner,** | : | |
| v. | : | |
| **WARDEN CLAIR DOLL,** | : | |
| **Respondent.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

AND NOW, this 10th day of November, 2020, upon consideration of the magistrate judge's report and recommendation, and noting that no objections have been filed, IT IS HEREBY ORDERED that the report and recommendation (Doc. 12) is ADOPTED.

IT IS FURTHER ORDERED that the Petition (Doc. 1) is DISMISSED AS MOOT and that the Clerk of Court is instructed to CLOSE THE CASE.

s/Sylvia H. Rambo
United States District Judge